```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LYLE W. DULING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3095 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

The defendant's unopposed motion to transfer the trial of this case to North Platte, Nebraska, filing 6, is granted.  Trial of this case shall be held in North Platte, Nebraska.

DATED this 25th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge