IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYLE W. DULING, | ) | 4:07CV3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 12) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear his or its own costs and complete record waived.

July 11, 2007                                          BY THE COURT:

                                                       *s/Richard G. Kopf*
                                                       United States District Judge